**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Ryan Mack

Plaintiff,

v.

Les Roberts, et al.

Defendants.

Court File No.: 13-cv-00197 (SRN/JJG)

---

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM

TO: The Plaintiff above-named, by and through his attorneys, Michael W. Lowden, 5101 Thimsen Ave, Suite 204, Minnetonka, MN 55345.

Britto Central, Inc., Magical Thinking Art, Inc., and Romero Britto move this Court for an order dismissing the claims against them for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. This Motion is based upon all the records, files, proceedings, the memorandum of law, and any affidavits or declarations submitted in connection therewith, as well as the arguments of counsel.

Dated: February 19, 2013

SEVERSON, SHELDON, DOUGHERTY
& MOLENDA, P.A.

By: s/William M. Topka
William M. Topka, #0339003
Robert B. Bauer, #227365
7300 West 147th Street, Suite 600
Apple Valley, Minnesota 55124
(952) 432-3136
topkaw@seversonsheldon.com
bauerr@seversonsheldon.com

*-And-*

/s/ Mikhael Ann Bortz
Mikhael Ann Bortz
(Florida Bar No. 33285
(*Seeking admission Pro Hac Vice)*
BRITTO CENTRAL, INC.
150 NW 25th Street
Telephone: (305) 938-2857
Telecopier: (786) 334-6123

*Attorneys for Britto Parties*