**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| RYAN MACK<br><br>Plaintiff,<br><br>v.<br><br>LESLIE (LES) ROBERTS,<br>ET AL.<br><br>Defendants. | Court File No.: 0:13-cv-00197-SRN-JJG<br><br>**DECLARATION OF ROMERO BRITTO IN SUPPORT OF BRITTO CENTRAL, INC.'S, MAGICAL THINKING ART, INC.'S & ROMERO BRITTO'S MOTION TO DISMISS** |

---

1. Pursuant to 28 U.S.C. § 1746, I, ROMERO BRITTO, hereby declare, certify, verify and state to the best of my knowledge under penalty of perjury that the following declaration is true and correct.

2. This declaration is based upon my direct and personal knowledge, and if called as a witness, I could and would testify competently thereto.

3. I am a resident of the State of Florida.

4. I have never lived in the State of Minnesota. I do not have any bank accounts or property in Minnesota. I have never incurred or paid taxes in Minnesota. I do not have a business, office, telephone number, or any other presence in Minnesota.

5. As an artist, I constantly travel around the world for appearances, special events, gallery openings etc. I visits dozens of locations every year. I have no recollection whatsoever that I have ever visited the State of Minnesota for any reason in my life. As such, I do not believe that I have ever visited the State of Minnesota for any reason in my life.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Executed on February 19, 2013 at Miami, Florida.

/s/ Romero Britto
ROMERO BRITTO