**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

RYAN MACK

Plaintiff, Court File No.: 0:13-cv-00197-SRN-JJG

v.

LESLIE (LES) ROBERTS, ET AL.

Defendants.

**DECLARATION OF MIA WIDMAR IN SUPPORT OF BRITTO CENTRAL INC.'S, MAGICAL THINKING ART, INC., AND ROMERO BRITTO'S MOTION TO DISMISS**

---

1. Pursuant to 28 U.S.C. § 1746, I, MIA WIDMAR, hereby declare, certify, verify and state to the best of my knowledge under penalty of perjury that the following declaration is true and correct.

2. This declaration is based upon my direct and personal knowledge, and if called as a witness, I could and would testify competently thereto.

3. I am the Director of Magical Thinking Art, Inc. ("MTA"). I have first-hand knowledge of MTA's operations.

4. Romero Britto (the "Artist"), a resident of the State of Florida, is a world famous pop artist. MTA is a Florida corporation that engages in the wholesale sale of the Artist's fine art and other articles associated with the Artist to art galleries and independent retailers around the world.

5. MTA has no current clients in Minnesota. MTA has never specifically targeted the State of Minnesota in its marketing efforts or purposefully directed its activities at any Minnesota residents.

6. There is a legacy record of one (1) MTA gallery client in Minnesota with whom MTA last transacted business in 2009. MTA has done no further business with this Minnesota gallery since 2009.

7. In 2012, MTA engaged in one transaction with a Minnesota corporation, out of hundreds of clients located all over the world. MTA did not seek out this client; this Minnesota company reached out to MTA on a "cold" basis seeking MTA's services, based upon the world-wide reputation of the Artist. Even though the order in question was placed by a Minnesota company, the items in question were actually distributed at an event that took place at the Fontainebleau Hotel in Miami Beach, Florida. No further transactions have transpired between MTA and the Minnesota company.

8. It is estimated that this transaction with the Minnesota corporation constituted approximately .0003% of MTA's overall business in 2012.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Executed on February 19, 2013 at Miami, Florida.

/s/ Mia Widmar
MIA WIDMAR