**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

RYAN MACK

Plaintiff,

v.

LESLIE (LES) ROBERTS,
ET AL.

Defendants.

Court File No.: 0:13-cv-00197-SRN-JJG

**DECLARATION OF CHRISTIAN ARENCIBIA IN SUPPORT OF MOTION TO DISMISS**

---

1. Pursuant to 28 U.S.C. § 1746, I, CHRISTIAN ARENCIBIA, hereby declare, certify, verify and state to the best of my knowledge under penalty of perjury that the following declaration is true and correct.

2. This declaration is based upon my direct and personal knowledge, and if called as a witness, I could and would testify competently thereto.

3. I am the IT/Facilities Tech for Britto Central Inc. ("BCI"). My responsibilities include oversight and maintenance for www.britto.com.

4. The website britto.com does not advertise or solicit business in Minnesota, or otherwise purposefully direct its activities at the State of Minnesota in any way

whatsoever. To the extent that britto.com is accessed by Minnesota residents, it is initiated of their own volition and not through any solicitation by BCI or britto.com.

5. In January of 2011, BCI started using the software Google Analytics. Google Analytics is a program that allows BCI to track web traffic for britto.com. Prior to January 2011, BCI did not use any similar tracking software.

6. According to Google Analytics, from January 1, 2011 through January 1, 2013, britto.com received 921,482 unique visitors. Of those, 2,688 visitors' computers registered as being located in Minnesota.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Executed on March 19, 2013 at Miami, Florida.

/s/ Christian Arencibia
CHRISTIAN ARENCIBIA