UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ryan Mack, d/b/a Griffin Galleries,<br><br>    Plaintiff,<br><br>v.<br><br>Leslie (Les) Roberts, an individual; Silvia Castro aka Linda Safira, an individual; Coral Gables Galleries, Inc.; Britto in the Grove; Max in the Grove, LLC; Britto Central, Inc.; Magical Thinking Art, Inc. and Romero Britto; an individual,<br><br>    Defendants. | CASE NUMBER: 13-cv-00197 SRN/JJG<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LESLIE (LES) ROBERTS; SILVIA CASTRO AKA LINDA SAFIRA; CORAL GABLES GALLERIES, INC.; BRITTO IN THE GROVE; AND MAX IN THE GROVE, LLC.** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) Plaintiff Ryan Mack d/b/a Griffin Galleries voluntarily dismisses without prejudice Defendants Leslie (Les) Roberts; Silvia Castro aka Linda Safira; Coral Gables Galleries, Inc.; Britto in the Grove and Max in the Grove, LLC (hereafter referred to as "Dismissed Defendants"). The "Dismissed Defendants" have not noticed an appearance in this lawsuit, provided an answer or brought a motion for summary judgment.

The Defendants Leslie Roberts and Sylvia Castro on February 18, 2013 filed an Adversary Complaint to Determine Dischargeability of Debt against Plaintiff Ryan Mack d/b/a Griffin Galleries in the United States Bankruptcy Court, Southern District of Florida, Miami Division, Case No. 11-39825 LMI. Plaintiff Ryan Mack d/b/a Griffin Galleries has agreed to defend the adversary complaint.

1

Plaintiff hereby requests that the above matter be dismissed without prejudice and without costs or disbursements to Plaintiff or the "Dismissed Defendants" and that a judgment of dismissal without prejudice may be entered by the court pursuant hereto without further notice.

Dated: 22 May, 2013                    THE LOWDEN LAW FIRM, LLC


By: *s/ Michael W. Lowden*
    Michael W. Lowden, #0282558
Attorney for Plaintiff
5101 Thimsen Avenue, Suite #204
Minnetonka, MN 55345
(952) 896-8000
mlowden@lowdenlawfirm.com