✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ryan Mack, doing business as Griffin Galleries

V.

Britto Central, Inc., Magical Thinking Art, Inc., and Romero Britto

## JUDGMENT IN A CIVIL CASE

Case Number: 13-197 SRN/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motion to Dismiss is **GRANTED**; and
2. The Complaint is **DISMISSED WITH PREJUDICE**.

August 7, 2013
Date

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By) A. Linner Deputy Clerk