**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ryan Mack, d/b/a<br>Griffin Galleries,<br><br>Plaintiff,<br><br>v.<br><br>Britto Central, Inc.; Magical Thinking Art, Inc. and Romero Britto; an individual,<br><br>Defendants. | CASE NUMBER: 13-cv-00197 SRN/JJG<br><br>**PLAINTIFF RYAN MACK D/B/A GRIFFIN GALLERIES MOTION TO AMEND THE AUGUST 7, 2013 JUDGMENT AND VACATE THE AUGUST 6, 2013 MEMORANUM OPINION AND ORDER THAT DISMISSES PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

---

To: Defendants above-named, by and through their attorneys, William M. Topka and Robert B. Bauer, 7300West 147th Street, Suite 600, Apple Valley, Minnesota 55124; Mikhael Ann Bortz, 150 NW 25th Street, Miami, FL 33127and Robert Zarco, Kaari Gagnon, and Robert M. Einhorn, 100 SE 2d St., Suite 2700, Miami, FL 33131.

Plaintiff Ryan Mack d/b/a Griffin Galleries moves this Court pursuant to Federal Rules of Civil Procedure, Rule 59(e); Rule 52(b) and Rule 60(b)(6) to amend the August 7, 2013 Judgment that dismisses Plaintiff's Complaint with Prejudice and requests this Court vacate the August 6, 2013 Memorandum Opinion and Order that dismisses Plaintiff's Complaint with Prejudice after the Court determined it lacked personal jurisdiction over the named Defendants.

This motion is based upon all the records, files, proceedings, memorandum of law and any affidavits or declarations that will be submitted according to the briefing schedule provided under LR 7.1(e) for post-judgment motions.

Dated: 30 August, 2013

THE LOWDEN LAW FIRM, LLC.

By: *s/ Michael W. Lowden*

Michael W. Lowden, #0282558
Attorney for Plaintiff
4737 County Road 101, #304
Minnetonka, MN 55345
(952) 896-8000
mlowden@lowdenlawfirm.com